IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 24-CR-00036-KD-B |
| | ) |
| GARY DANIEL-KYLE HAY | ) |

**FINAL ORDER OF FORFEITURE**

This action is before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**Samsung Galaxy S22, IMEI 353722792856157;**

**Image Mate Micro SD card;**

**Samsung Galaxy A53, IMEI 353454191445461;**

**San Disk Micro SD Card;**

**HP Tower: serial number: 2M02441W89;**

**WD 12TB hard drive; serial number: 5QJPXEUB; and**

**WD ITB hard drive; serial number: WD-WCC6YOAHVVN4**.

On June 20, 2024, Defendant Gary Daniel-Kyle Hay pled guilty to Counts One through Twenty (Sexual Exploitation of Children) and Count Twenty-One (Access with Intent to View Child Pornography) of the Indictment, (Doc. 30). The Indictment contained a forfeiture notice putting Hay on notice that the United States would seek forfeiture for the above listed property, (Doc. 1). At the change of plea hearing, Hay waived any contest to forfeiture of the properly identified in the forfeiture notice in the Indictment.

On August 9, 2024, the United States filed its original motion for a preliminary order of forfeiture for the above listed property. In that motion, the United States established Hay's

1

interest in the property and the nexus between the property and Hay's convictions for Counts One through Twenty and Count Twenty-One, (Doc. 35). On August 15, 2024, pursuant to 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), the Court entered a preliminary order of forfeiture for the above listed property, (Doc. 37). On October 10, 2024, the United States filed an amended motion for preliminary order of forfeiture of the above listed property, (Doc. 47). On October 10, 2024, the Court entered an amended preliminary order of forfeiture for the above identified property, (Doc. 48).

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the property identified on page one, on the official government website, www.forfeiture.gov, beginning on October 25, 2024, and ending on November 23, 2024, (Doc. 53). The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third-party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the property identified on page one became final as to the defendant, Gary Daniel-Kyle Hay, at the time of sentencing and was made a part of the sentence and included in the judgment, (Doc. 51). Thus, the United States has met all statutory requirements for the forfeiture of the property identified on page one, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, all right, title, and interest in the property identified on page one is **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency take the property identified on page one into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the property identified on page one and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency is hereby authorized to dispose of the property identified on page one in accordance with the law; and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this **16th day** of **January 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**